AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF MASSACHUSETTS

H. MARTIN BOHMAN, On Behalf of
All Others Similarly Situated,
      Plaintiff

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: 04-30041-MAP

WAVE SYSTEMS CORP., STEVEN SPRAGUE
and GERARD T. FEENEY,
      Defendants.

TO: (Name and address of defendant)

Person Designated to Accept Service
Wave Systems Corp.
480 Pleasant Street
Lee, MA 01238

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David Pastor
Gilman and Pastor, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906

an answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

(BY) DEPUTY CLERK

This form was electronically produced by Elite Federal Forms, Inc.

Action

# RETURN OF SERVICE



**Berkshire County Sheriff's Office • Judicial Process Division**
74 North St. • Suite 602 • Pittsfield, MA 01201 • (413) 499-0616
Berkshire, ss

3/3/2004

I hereby certify and return that on 3/2/2004 at 2:50 PM I served a true and attested copy of the Summons & Complaint in this action in the following manner: To wit, by delivering in hand to Person Designated to Accept Service, Linda Sambel, Asst. to President, at Wave Systems Corp., 480 Pleasant Street, Lee, MA 01238. Attestation ($5.00), Conveyance ($3.30), Copies ($1.00), Postage & Handling ($1.00), Service Fee ($30.00), Travel ($20.48) Total Charges $60.78

Deputy Sheriff, Carl M. Seiger

*Deputy Sheriff*

☐ Other *(specify)*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
             *Date*                                                *Signature of Server*

                                                                    _____
                                                                    *Address of Server*

(1) As to who may serve a summons see Rule 4 the Federal Rules of Civil Procedure.