AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____
MASSACHUSETTS

H. MARTIN BOHMAN, On Behalf of
All Others Similarly Situated,
              Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 04-30041-MAP

WAVE SYSTEMS CORP., STEVEN SPRAGUE
and GERARD T. FEENEY
              Defendants.



TO: (Name and address of defendant)

Steven Sprague
Chief Executive Officer
Wave Systems Corp.
480 Pleasant Street
Lee, MA 01238

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David Pastor
Gilman and Pastor, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01238

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____
CLERK

_____
DATE

_____
(BY) DEPUTY CLERK

This form was electronically produced by Elite Federal Forms, Inc.

Action

# RETURN OF SERVICE



**Berkshire County Sheriff's Office • Judicial Process Division**
74 North St. • Suite 602 • Pittsfield, MA 01201 • (413) 499-0616
Berkshire, ss

3/3/2004

I hereby certify and return that on 3/2/2004 at 2:50 PM I served a true and attested copy of the Summons & Complaint in this action in the following manner: To wit, by leaving at the last and usual place of business of Steven Sprague, Chief Executive Officer, and leaving with Linda Sambel, Asst. to the President, at Wave Systems Corp., 480 Pleasant Street, Lee, MA 01238 and by mailing 1st class to the above address on 3/2/2004. Conveyance ($3.30), Copies ($1.00), L&U Mailing ($3.00), Service Fee ($20.00), Travel ($20.48), Attestation x 2 ($10.00) Total Charges $57.78

Deputy Sheriff, Carl M. Seiger

_Deputy Sheriff_

☐ Other (specify)_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
            Date                       Signature of Server

                                       _____
                                       Address of Server

(1) As to who may serve a summons see Rule 4 the Federal Rules of Civil Procedure.