UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30022-MAP
CLASS ACTION

FILED
CLERK'S OFFICE

U.S. DISTRICT COURT
DISTRICT OF MASS

H. MARTIN BOHMAN, on Behalf of Himself
and All Others Similarly Situated,

        Plaintiff,

v.

WAVE SYSTEMS CORPORATION, JOHN E.
BAGALAY, JR., STEVEN K. SPRAGUE, and
GERALD T. FEENEY,

        Defendants.

NOTICE OF APPEARANCE

Please enter the appearance of the undersigned as counsel for plaintiffs H. Martin Bohman, Seong Chen, Ernest Frieler, John Gabriele, Kan Lu, Abdel Kader Tahraoui and Bob Xiong.

Dated:   Springfield, Massachusetts
        April 16, 2004

        LAW OFFICES OF ROBERT ARONSON

        By _____
           Robert Aronson, Esq.

        101 State Street
        Springfield, Massachusetts 01103
        Telephone:   (413) 733-2600
        Facsimile:   (413) 737-4318
        BBO No. 541800

STULL, STULL & BRODY

By: Jules Brody, Esq.
    Aaron L. Brody, Esq.

6 East 45th Street
New York, New York  10017
Telephone:  (212) 687-7230
Facsimile:  (212) 490-2022


McKEITHEN, McKEITHEN & BOHMAN

By: Marjorie A. McKeithen

10771 Perkins Road, First Floor
Baton Rouge, Louisiana  70810
Telephone:  (225) 766-6500
Facsimile:  (225) 769-7090


CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on April 16, 2004

_____
Robert Aronson