# STULL, STULL & BRODY
*ATTORNEYS AT LAW*
*6 EAST 45th STREET*
*NEW YORK, N.Y. 10017*

*TELEPHONE*
*212-687-7230*

*TELECOPIER*
*212-490-2022*

April 26, 2004

**By Federal Express Delivery**

The Honorable Michael A. Ponsor
United States District Court
District Of Massachusetts
Federal Building and Courthouse
1550 Main Street
Springfield, MA 01103

> Re:  Candy M. Sousa v. Wave Systems Corp., et al., No. 3:04cv30022 (MAP)

Dear Judge Ponsor:

As Your Honor is aware, five motions for appointment of lead plaintiff under the Private Securities Litigation Reform Act of 1995 are currently pending in the above-referenced action. We are writing as counsel on behalf of one such lead plaintiff movant, the Gabriele Group, concerning a so-called "Unopposed Motion for Leave to File Reply Briefs" by movant groups Ron Rogers and Steve Alvarez and the Brumbaugh Group, filed April 22.

We respectfully wish to inform the Court that, while the Motion for Leave to File Reply Briefs provides that "Counsel for the Gabriele Group state that they believe that further briefing on the lead plaintiff motions is unnecessary", that Motion is incorrectly characterized as being "unopposed." The notification by the Gabriele Group, quoted in the Motion as set forth above, represents an unequivocal opposition to the filing of that Motion. Such opposition is also evidenced by a facsimile and email of April 22, 2004 (annexed hereto as Exhibits A and B) notifying movants that, upon consideration of the proposed motion, we believe that "further briefing on the motions is unnecessary", and that "we are willing to further discuss this matter". Accordingly, counsel for Ron Rogers and Steve Alvarez and the Brumbaugh Group were notified, as of the filing date of the Motion, of the Gabriele Group's unequivocal opposition thereto.

Based on the foregoing, we respectfully request that the Court deny the Motion for Leave to File Reply Briefs in its entirety with prejudice.

Respectfully yours,

Jules Brody

Attachments
cc: All Counsel (w/ attachments)

# Exhibit A



# STULL, STULL & BRODY

6 East 45th Street
New York, NY 10017
Tel: 212-687-7230
Fax: 212-490-2022

## FACSIMILE COVER SHEET

To:          Peter A. Lagorio
Jeanne Higgins
GILMAN & PASTOR, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906
Fax: (781) 231-7840

CC:          Nancy Freeman Gans
MOULTON & GANS, P.C.
33 Broad Street, Suite 1100
Boston, MA 02109
Fax: (617) 369-7980

From:      Jules Brody

Date:       April 22, 2004

Re:         Wave Systems Corp.

Number of Pages (including cover): 2

This transmission contains privileged and confidential information intended only for the use of the recipient(s) named above. If the reader of this message is not the intended recipient, you hare hereby notified that any use, dissemination, distribution, copying or reading of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately.

# STULL, STULL & BRODY

*ATTORNEYS AT LAW*
*6 EAST 45th STREET*
*NEW YORK, N.Y. 10017*

TELEPHONE
212-687-7230

TELECOPIER
212-490-2022

April 22, 2004

<u>Via Facsimile</u>

Peter A. Lagorio
Jeanne Higgins
GILMAN & PASTOR, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906
Facsimile: (781) 231-7840

      Re:    <u>Wave Systems Corp.</u>

Dear Peter and Jeanne:

    We have considered your proposed stipulated motion for leave to file reply memoranda on behalf of our respective clients. In light of the adequacy of the parties' submissions to date, we believe that further briefing on the lead plaintiff motions is unnecessary and not likely to aid in the determination on the motions. Despite the foregoing, we are willing to further discuss this matter.

    Please do not hesitate to contact me should you have any questions.

        Very truly yours,

        Jules Brody

cc: Nancy Freeman Gans (*Via* Facsimile)
    Jeanne Higgins (*Via* Email)

```
*********** -COMM. JOURNAL- *********************** DATE APR-22-2004 ****** TIME 15:07 *** P.01

        MODE = MEMORY TRANSMISSION              START=APR-22 15:02    END=APR-22 15:07

          FILE NO.= 037

    STN NO.    COM    ABBR NO.      STATION NAME/TEL.NO.    PAGES    DURATION

      001      OK      a           17812317840            002/002   00:00'36"
      002      OK      a           16173697980            002/002   00:00'36"


    ***********************************- *********** -      -*****-  -          -*********
```

# STULL, STULL & BRODY

6 East 45th Street
New York, NY 10017
Tel: 212-687-7230
Fax: 212-490-2022

## FACSIMILE COVER SHEET

| | |
|---|---|
| To: | Peter A. Legorio |
| | Jeanne Higgins |
| | GILMAN & PASTOR, LLP |
| | Stonehill Corporate Center |
| | 999 Broadway, Suite 500 |
| | Saugus, MA 01906 |
| | Fax: (781) 231-7840 |
| CC: | Nancy Freeman Gans |
| | MOULTON & GANS, P.C. |
| | 33 Broad Street, Suite 1100 |
| | Boston, MA 02109 |
| | Fax: (617) 369-7980 |
| From: | Jules Brody |
| Date: | April 22, 2004 |
| Re: | *Wave Systems Corp.* |

Number of Pages (including cover): 2

This transmission contains privileged and confidential information intended only for the use of the recipient(s) named above. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution, copying or reading of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately.

# Exhibit B

| Subj: | **Re: Wave Systems** |
|---|---|
| Date: | 4/22/04 3:42:03 PM Eastern Daylight Time |
| From: | SSBNY |
| To: | JHiggins@gilmanpastor.com |

We have considered your proposed stipulated motion for leave to file reply memoranda on behalf of our respective clients. In light of the adequacy of the parties' submissions to date, we believe that further briefing on the lead plaintiff motions is unnecessary and not likely to aid in the determination on the motions. Despite the foregoing, we are willing to further discuss this matter.

Please do not hesitate to contact me should you have any questions.

　　　　Very truly yours,


　　　　Jules Brody

## SERVICE LIST

**Via Federal Express Delivery To:**

Marc A. Topaz
Stuart L. Berman
SCHIFFRIN & BARROWAY, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004

Jeffrey W. Lawrence
MILBERG, WEISS, BERSHAD,
  HYNES & LERACH, LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111

William Lerach
MILBERG, WEISS, BERSHAD,
  HYNES & LERACH, LLP
401 B Street, Suite 1700
San Diego, CA 92101

Peter Lagorio
GLIMAN & PASTOR, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, Massachusetts 01906

Marjorie A. McKeithen
MCKEITHEN, MCKEITHEN & BOHMAN
10771 Perkins Road, First Floor
Baton Rouge, Louisiana 70810

Robert Aronson
LAW OFFICES OF ROBERT ARONSON
101 State Street
Springfield, MA 01103

Nancy F. Gans
MOULTON & GANS, PC
33 Broad Street, Suite 1100
Boston, MA 02109

Robert A. Buhlman
BINGHAM MCCUTCHEN LLP
150 Federal Street
Boston, MA 02110

Eduard Korinsky
ZIMMERMAN, LEVI & KORINSKY, LLP
39 Broadway, Suite 1440
New York, NY 10006

Jeffrey C. Block
Leslie R. Stern
Michael T. Matraia
BERMAN DEVALERIO PEASE
TABACCO BURT & PUCILLO
One Liberty Square, 8th Floor
Boston, MA 02109

1