UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

U.S. DISTRICT COURT

| | |
|---|---|
| CANDY M. SOUSA, on Behalf of Herself and All Others Similarly Situated, | |
| Plaintiff, | 04 CV 30022 (MAP) |
| v. | <u>CLASS ACTION</u> |
| WAVE SYSTEMS CORPORATION, JOHN E. BAGALAY, JR., STEVEN K. SPRAGUE, and GERARD T. FEENEY, | |
| Defendants. | |

[Additional Captions Below]

**PLAINTIFF'S MOTION FOR
ADMISSION OF COUNSEL
PRO HAC VICE**

| | |
|---|---|
| YOSEF STREICHER, on Behalf of Himself and All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>WAVE SYSTEMS CORPORATION, JOHN E. BAGALAY, JR., STEVEN K. SPRAGUE, and GERARD T. FEENEY,<br><br>　　　　　　Defendants. | 04 CV 30026 (MAP)<br><br>CLASS ACTION |
| ALVIN CHESS, Individually, and on Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>STEVEN K. SPRAGUE, GERARD T. FEENEY, and WAVE SYSTEMS CORPORATION,<br><br>　　　　　　Defendants. | 04 CV 30037 (MAP)<br><br>CLASS ACTION |
| MICHAEL VICKER, on Behalf of Himself and ll Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>WAVE SYSTEMS CORPORATION, JOHN E. BAGALAY, JR., STEVEN K. SPRAGUE, and GERARD T. FEENEY,<br><br>　　　　　　Defendants. | 04 CV 30040 (MAP)<br><br>CLASS ACTION |

| | |
|---|---|
| H. MARTIN BOHMAN, on Behalf of Himself and All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>    v.<br><br>WAVE SYSTEMS CORPORATION, JOHN E. BAGALAY, JR., STEVEN K. SPRAGUE, and GERARD T. FEENEY,<br><br>                      Defendants. | 04 CV 30041 (MAP)<br><br>CLASS ACTION |
| JIMMY SUO, on Behalf of Himself and All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>    v.<br><br>WAVE SYSTEMS CORPORATION, STEVEN K. SPRAGUE, and GERARD T. FEENEY,<br><br>                      Defendants. | 04 CV 30042 (MAP)<br><br>CLASS ACTION |
| JACK SCHULMAN, Individually, and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>    v.<br><br>WAVE SYSTEMS CORPORATION, STEVEN K. SPRAGUE, and GERARD T. FEENEY,<br><br>                      Defendants. | 04 CV 30043 (MAP)<br><br>CLASS ACTION |

Pursuant to Local Rule 83.5.3(b), Robert Aronson, Esq., counsel for plaintiff H. Martin Bohman and a member of the bar of this Court, respectfully requests that leave be granted to permit Mark Levine to appear and practice in this Court in connection with this action based upon the accompanying declaration which indicates that he is a member of the bar in good standing in every jurisdiction where he has been admitted to practice, that there are no disciplinary proceedings against him as a member of the bar in any jurisdiction and that he is familiar with the Local Rules of the United States District Court of the District of Massachusetts.

Dated: August 9, 2004

Respectfully submitted,

**LAW OFFICES OF ROBERT ARONSON**

By: *Robert Aronson*
Robert Aronson, Esq. (BBO No. 541800)
101 State Street
Springfield, MA 01103
Telephone: (413) 733-2600
Facsimile: (413) 737-4318

**STULL, STULL & BRODY**
Jules Brody, Esq.
Aaron L. Brody, Esq.
6 East 45th Street
New York, New York 10017
Telephone: (212) 687-7230
Facsimile: (212) 490-2022

1

**McKEITHEN, McKEITHEN
 & BOHMAN, APLC**
Marjorie A. McKeithen, Esq.
10771 Perkins Road, First Floor
Baton Rouge, Louisiana 70810
Telephone: (225) 766-6500
Facsimile: (225) 769-7090

**ATTORNEYS FOR PLAINTIFF
H. MARTIN BOHMAN**

## CERTIFICATION OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by Federal Express delivery on August 9, 2004.

David Sheets

## SERVICE LIST

William B. Federman
FEDERMAN & SHERWOOD
120 N. Robinson, Suite 2720
Oklahoma City, OK 73102

Eduard Korinsky
ZIMMERMAN, LEVI & KORINSKY, LLP
39 Broadway, Suite 1440
New York, NY 10006

Nancy F. Gans
MOULTON & GANS, PC
33 Broad Street, Suite 1100
Boston, MA 02109

Jeffrey C. Block
Leslie R. Stern
Michael T. Matraia
BERMAN DEVALERIO PEASE
 TABACCO BURT & PUCILLO
One Liberty Square, 8th Floor
Boston, MA 02109

Susan E. Stenger
PERKINS, SMITH & COHEN, LLP
One Beacon Street, 30th Floor
Boston, MA 02108

Susan R. Gross
Deborah R. Gross
LAW OFFICES OF BERNARD M. GROSS, P.C.
1515 Locust Street, Suite 200
Philadelphia, PA 19102

Marc A. Topaz
Stuart L. Berman
SCHIFFRIN & BARROWAY, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004

Samuel H. Rudman
David A. Rosenfeld
CAULEY GELLER BOWMAN & RUDMAN, LLP
P.O. Box 25438
Little Rock, AR 72221-5438

Charles J. Piven
LAW OFFICES OF CHARLES J. PIVEN, P.A.
The World Trade Center-Baltimore
401 East Pratt Street, Suite 2525
Baltimore, Maryland 21202

William Lerach
MILBERG, WEISS, BERSHAD,
 HYNES & LERACH, LLP
401 B Street, Suite 1700
San Diego, CA 92101

Leigh Lasky
THE LAW FIRM OF LASKY & RIFKIND, LTD.
100 Park Avenue, 12th Floor
New York, NY 10017

Stuart Wechsler
Robert I. Harwood
WECHSLER HARWOOD LLP
488 Madison Avenue, 8th Floor
New York, NY 10022

Mel E. Lifshitz
Jeffrey M. Haber
BERNSTEIN LIEBHARD & LIFSHITZ, LLP
10 East 40th Street
New York, NY 10016

Christopher Keller
GOODKIND LABATON RUDOFF & SUCHAROW LLP
100 Park Avenue
New York, NY 10017

Thomas G. Shapiro
SHAPIRO HABER & URMY, LLP
75 State Street
Boston, MA 02109

Marjorie A. McKeithen
MCKEITHEN, MCKEITHEN & BOHMAN
10771 Perkins Road, First Floor
Baton Rouge, Louisiana 70810

Peter S. Pearlman
COHN LIFLAND PEARLMAN
 HERRMANN & KNOPF LLP
Park 80 Plaza West-One
Saddle Brook, NJ 07663

Joseph J. DePalma
Susan D. Pontoriero
LITE DEPALMA GREENBERG & RIVAS, LLC
Two Gateway Center, 12th Floor
Newark, NJ 07102

Robert Buhlman
Eunice Lee
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



| | |
|---|---|
| CANDY M. SOUSA, on Behalf of Herself and All Others Similarly Situated, | |
| Plaintiff, | 04 CV 30022 (MAP) |
| v. | CLASS ACTION |
| WAVE SYSTEMS CORPORATION, JOHN E. BAGALAY, JR., STEVEN K. SPRAGUE, and GERARD T. FEENEY, | |
| Defendants. | |

[Additional Captions Below]

**DECLARATION OF MARK LEVINE, ESQ.
IN SUPPORT OF PLAINTIFF'S MOTION FOR
ADMISSION OF COUNSEL PRO HAC VICE**

| | |
|---|---|
| YOSEF STREICHER, on Behalf of Himself and All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>WAVE SYSTEMS CORPORATION, JOHN E. BAGALAY, JR., STEVEN K. SPRAGUE, and GERARD T. FEENEY,<br><br>　　　　　　　Defendants. | 04 CV 30026 (MAP)<br><br><u>CLASS ACTION</u> |
| ALVIN CHESS, Individually, and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>STEVEN K. SPRAGUE, GERARD T. FEENEY, and WAVE SYSTEMS CORPORATION,<br><br>　　　　　　　Defendants. | 04 CV 30037 (MAP)<br><br><u>CLASS ACTION</u> |
| MICHAEL VICKER, on Behalf of Himself and ll Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>WAVE SYSTEMS CORPORATION, JOHN E. BAGALAY, JR., STEVEN K. SPRAGUE, and GERARD T. FEENEY,<br><br>　　　　　　　Defendants. | 04 CV 30040 (MAP)<br><br><u>CLASS ACTION</u> |

| | |
|---|---|
| H. MARTIN BOHMAN, on Behalf of Himself and All Others Similarly Situated,<br><br>       Plaintiff,<br><br>v.<br><br>WAVE SYSTEMS CORPORATION, JOHN E. BAGALAY, JR., STEVEN K. SPRAGUE, and GERARD T. FEENEY,<br><br>       Defendants. | 04 CV 30041 (MAP)<br><br><u>CLASS ACTION</u> |
| JIMMY SUO, on Behalf of Himself and All Others Similarly Situated,<br><br>       Plaintiff,<br><br>v.<br><br>WAVE SYSTEMS CORPORATION, STEVEN K. SPRAGUE, and GERARD T. FEENEY,<br><br>       Defendants. | 04 CV 30042 (MAP)<br><br><u>CLASS ACTION</u> |
| JACK SCHULMAN, Individually, and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>v.<br><br>WAVE SYSTEMS CORPORATION, STEVEN K. SPRAGUE, and GERARD T. FEENEY,<br><br>       Defendants. | 04 CV 30043 (MAP)<br><br><u>CLASS ACTION</u> |

Mark Levine declares and states under the pains and penalties of perjury that:

1. I am a member of the bar of the State of New York and an attorney at the law firm of Stull, Stull & Brody, 6 East 45th Street, New York, New York 10017, attorneys for plaintiff H. Martin Bohman.

2. I submit this declaration in support of plaintiff's motion, pursuant to Local Rule 83.5.3, to permit me to appear and practice in this Court in connection with the above-captioned related actions.

3. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

4. There are no disciplinary proceedings against me as a member of the bar in any jurisdiction.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Executed this 9th day of August 2004.

_____
Mark Levine

1

## CERTIFICATION OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by Federal Express delivery on August 9, 2004.

_____
David Sheets

## SERVICE LIST

William B. Federman
FEDERMAN & SHERWOOD
120 N. Robinson, Suite 2720
Oklahoma City, OK 73102

Eduard Korinsky
ZIMMERMAN, LEVI & KORINSKY, LLP
39 Broadway, Suite 1440
New York, NY 10006

Nancy F. Gans
MOULTON & GANS, PC
33 Broad Street, Suite 1100
Boston, MA 02109

Jeffrey C. Block
Leslie R. Stern
Michael T. Matraia
BERMAN DEVALERIO PEASE
 TABACCO BURT & PUCILLO
One Liberty Square, 8th Floor
Boston, MA 02109

Susan E. Stenger
PERKINS, SMITH & COHEN, LLP
One Beacon Street, 30th Floor
Boston, MA 02108

1

Susan R. Gross
Deborah R. Gross
LAW OFFICES OF BERNARD M. GROSS, P.C.
1515 Locust Street, Suite 200
Philadelphia, PA 19102

Marc A. Topaz
Stuart L. Berman
SCHIFFRIN & BARROWAY, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004

Samuel H. Rudman
David A. Rosenfeld
CAULEY GELLER BOWMAN & RUDMAN, LLP
P.O. Box 25438
Little Rock, AR 72221-5438

Charles J. Piven
LAW OFFICES OF CHARLES J. PIVEN, P.A.
The World Trade Center-Baltimore
401 East Pratt Street, Suite 2525
Baltimore, Maryland 21202

William Lerach
MILBERG, WEISS, BERSHAD,
 HYNES & LERACH, LLP
401 B Street, Suite 1700
San Diego, CA 92101

Leigh Lasky
THE LAW FIRM OF LASKY & RIFKIND, LTD.
100 Park Avenue, 12th Floor
New York, NY 10017

Stuart Wechsler
Robert I. Harwood
WECHSLER HARWOOD LLP
488 Madison Avenue, 8th Floor
New York, NY 10022

Mel E. Lifshitz
Jeffrey M. Haber
BERNSTEIN LIEBHARD & LIFSHITZ, LLP
10 East 40th Street
New York, NY 10016

Christopher Keller
GOODKIND LABATON RUDOFF & SUCHAROW LLP
100 Park Avenue
New York, NY 10017

Thomas G. Shapiro
SHAPIRO HABER & URMY, LLP
75 State Street
Boston, MA 02109

Marjorie A. McKeithen
MCKEITHEN, MCKEITHEN & BOHMAN
10771 Perkins Road, First Floor
Baton Rouge, Louisiana 70810

Peter S. Pearlman
COHN LIFLAND PEARLMAN
HERRMANN & KNOPF LLP
Park 80 Plaza West-One
Saddle Brook, NJ 07663

Joseph J. DePalma
Susan D. Pontoriero
LITE DEPALMA GREENBERG & RIVAS, LLC
Two Gateway Center, 12th Floor
Newark, NJ 07102

Robert Buhlman
Eunice Lee
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110