≊AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

H. MARTIN BOHMAN,

        Plaintiff,

vs.

WAVE SYSTEMS CORP., et al.,

APPEARANCE

Case Number: 3:04cv30041 (MAP)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    Plaintiff H. Martin Bohman

    I certify that I am admitted to practice in this court.

U.S.D.C., S.D.N.Y.
U.S.D.C., E.D.N.Y.
New York State Supreme Court, (1st Department)

| | |
|---|---|
| 08/23/04 | /s/ Mark Levine |
| Date | Signature |
| | Mark Levine |
| | Print Name        Bar Number |

Stull, Stull & Brody, 6 East 45th Street, Suite 500
Address

| New York | NY | 10017 |
|---|---|---|
| City | State | Zip Code |
| (212) 687-7230 | | (212) 490-2022 |
| Phone Number | | Fax Number |

## CERTIFICATION OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon the attorney of record for each other party by Federal Express delivery on August 23, 2004.

David Sheets

## SERVICE LIST

William B. Federman
FEDERMAN & SHERWOOD
20 N. Robinson, Suite 2720
Oklahoma City, OK 73102

Eduard Korinsky
ZIMMERMAN, LEVI & KORINSKY, LLP
39 Broadway, Suite 1440
New York, NY 10006

Nancy F. Gans
MOULTON & GANS, PC
33 Broad Street, Suite 1100
Boston, MA 02109

Jeffrey C. Block
Leslie R. Stern
Michael T. Matraia
BERMAN DEVALERIO PEASE
 TABACCO BURT & PUCILLO
One Liberty Square, 8th Floor
Boston, MA 02109

Susan E. Stenger
PERKINS, SMITH & COHEN, LLP
One Beacon Street, 30th Floor
Boston, MA 02108

1

Susan R. Gross
Deborah R. Gross
LAW OFFICES OF BERNARD M. GROSS, P.C.
1515 Locust Street, Suite 200
Philadelphia, PA 19102

Marc A. Topaz
Stuart L. Berman
SCHIFFRIN & BARROWAY, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004

Samuel H. Rudman
David A. Rosenfeld
CAULEY GELLER BOWMAN & RUDMAN, LLP
P.O. Box 25438
Little Rock, AR 72221-5438

Charles J. Piven
LAW OFFICES OF CHARLES J. PIVEN, P.A.
The World Trade Center-Baltimore
401 East Pratt Street, Suite 2525
Baltimore, Maryland 21202

William Lerach
MILBERG, WEISS, BERSHAD,
 HYNES & LERACH, LLP
401 B Street, Suite 1700
San Diego, CA 92101

Leigh Lasky
THE LAW FIRM OF LASKY & RIFKIND, LTD.
100 Park Avenue, 12th Floor
New York, NY 10017

Stuart Wechsler
Robert I. Harwood
WECHSLER HARWOOD LLP
488 Madison Avenue, 8th Floor
New York, NY 10022

2

Mel E. Lifshitz
Jeffrey M. Haber
BERNSTEIN LIEBHARD & LIFSHITZ, LLP
10 East 40th Street
New York, NY 10016

Christopher Keller
GOODKIND LABATON RUDOFF & SUCHAROW LLP
100 Park Avenue
New York, NY 10017

Thomas G. Shapiro
SHAPIRO HABER & URMY, LLP
75 State Street
Boston, MA 02109

Marjorie A. McKeithen
MCKEITHEN, MCKEITHEN & BOHMAN
10771 Perkins Road, First Floor
Baton Rouge, Louisiana 70810

Peter S. Pearlman
COHN LIFLAND PEARLMAN
 HERRMANN & KNOPF LLP
Park 80 Plaza West-One
Saddle Brook, NJ 07663

Joseph J. DePalma
Susan D. Pontoriero
LITE DEPALMA GREENBERG & RIVAS, LLC
Two Gateway Center, 12th Floor
Newark, NJ 07102

Robert Buhlman
Eunice Lee
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110