AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

H. Martin Bohman

v.

Wave Systems Corporation, et al

**APPEARANCE**

Case Number: 3:04-CV-30041

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

H. Martin Bohman

I certify that I am admitted to practice in this court.

Date: 8/26/04

Signature: [signature]

Print Name: Marjorie McKeithen     Bar Number: 21761

Address: 10771 Perkins Road, First Floor

City: Baton Rouge     State: LA     Zip Code: 70810

Phone Number: 225-766-6500     Fax Number: 225-769-1090